**SNYDER BURNETT EGERER, LLP**
**Jeffrey Y. Choi (SB# 265173)**
**Stacey L. Walker (SB# 311108)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.:  805.692.2801
jchoi@sbelaw.com
swalker@sbelaw.com

Attorneys for Defendants STANLEY ZESCH and
J MILNER ENTERPRISES INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANABEL CERVANTES | Case No. |
| Plaintiff, | [Monterey County Superior Court Case No. 20CV001276] |
| v. | |
| STANLEY ZESCH; J MILNER ENTERPRISES, INC.; and DOES 1 through 100, Inclusive, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b); DECLARATION OF JEFFREY Y. CHOI** |
| Defendants. | |
| _____/ | |
| _____ | |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendants STANLEY ZESCH and

J MILNER ENTERPRISES INC. ("defendants") hereby remove the state court

action described below to the above-captioned court on the following grounds:

1.    On or about April 21, 2020, plaintiff ANABEL CERVANTES filed

Case No. 20CV001276 in the Superior Court of the State of California, County of

Monterey, entitled *Anabel Cervantes v. Stanley Zesch et al.*  The Complaint asserts

a cause of action for general negligence related to a motor vehicle accident. A true

and correct copy of the Complaint is attached hereto as Exhibit 1. [*Declaration of*

*Jeffrey Y. Choi* ("*Choi Decl.*"), para. 3.]

2.     Defendants accepted service of the Complaint through counsel on July 13, 2020. [*Choi Decl*, para. 3.]

3.     As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

4.     Plaintiff is, and at all relevant times was, a resident and citizen of California.  Plaintiff's discovery responses dated September 1, 2020 indicate that at all relevant times, plaintiff has resided at 1313 Adams Street in Salinas, California 93906. A true and correct copy of the pertinent portion of plaintiff's discovery responses is attached hereto as Exhibit 2.  [*Choi Decl*, para. 4.]

5.     Defendant Stanley Zesch is, and at all relevant times was, a resident and citizen of Missouri. [*Choi Decl*, para. 5.]

6.     Defendant J Milner Enterprises Inc. is, and at all relevant times was, a corporation duly organized and existing under the laws of Kansas, with its principal place of business in Allen, Kansas. [*Choi Decl*, para. 5.]

7.     Defendants are not, and at no relevant time, were citizens of California. [*Choi Decl*, para. 5.]

8.     The amount in controversy exceeds the $75,000 jurisdictional minimum of this Court as confirmed by plaintiff.  A true and correct copy of plaintiff's response to defendants' Request for a Statement of Damages dated September 1, 2020 is attached hereto as Exhibit 3. [*Choi Decl*, para. 6.]

9.     The time within which defendant is required to file a Notice of Removal has not yet expired. [*Choi Decl*, para. 7.]

10.    Removal to this Court is proper, as the Superior Court of the State of California, County of Monterey, where this action was commenced, is located within the Northern District of California.

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b);
DECLARATION OF JEFFREY Y. CHOI**

11.    Defendants will give written notice of the filing of this Notice as required and will also file a copy of this Notice with the Clerk of the Monterey County Superior Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendants respectfully request that the above-captioned matter be removed to this Court.

Dated: September 17, 2020              SNYDER BURNETT EGERER, LLP


                                       */s/ Jeffrey Y. Choi*
                                       _____
                                       By: Jeffrey Y. Choi / Stacey L. Walker
                                       Attorneys for Defendants STANLEY
                                       ZESCH and J MILNER ENTERPRISES
                                       INC.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b); DECLARATION OF JEFFREY Y. CHOI**

**SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**DECLARATON OF JEFFREY Y. CHOI**

1.      I, Jeffrey Y. Choi, am an attorney duly licensed and admitted to practice before all of the courts of the state of California and the United States District Court for the Northern District of California.  I am a partner at the firm of Snyder Burnett Egerer, LLP, counsel of record for defendants Stanley Zesch and J Milner Enterprises Inc ("defendants").  I have personal knowledge of the matters discussed herein, and if called upon as a witness to testify, I could and would competently do so.

2.      This declaration is made in support of defendants' Notice of Removal of Action under 28 U.S.C. §§1332 and 1441(b).

3.      A true and correct copy of the state court Complaint filed by plaintiff in this action is attached hereto as Exhibit 1.  Defendants accepted service of the Complaint through counsel on July 13, 2020.

4.      Plaintiff is, and at all relevant times was, a resident and citizen of California.  Plaintiff's discovery responses dated September 1, 2020, indicate that at all relevant times, plaintiff has resided at 1313 Adams Street in Salinas, California 93906. A true and correct copy of the pertinent portion of plaintiff's discovery responses is attached hereto as Exhibit 2.

5.      Defendant Stanley Zesch is, and at all relevant times was, a resident and citizen of Missouri. Defendant J Milner Enterprises Inc. is, and at all relevant times was, a corporation duly organized and existing under the laws of Kansas, with its principal place of business in Allen, Kansas. Defendants have not, and at no relevant time, were citizens of California.

6.      The amount in controversy exceeds the $75,000 jurisdictional minimum of this Court as confirmed by plaintiff.  A true and correct copy of plaintiff's response to defendants' Request for a Statement of Damages dated September 1, 2020 is attached hereto as Exhibit 3.

///

**SNYDER BURNETT EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b);
DECLARATION OF JEFFREY Y. CHOI**

7.     The time within which defendant is required to file a Notice of Removal has not yet expired.

Executed this 17th day of September, 2020, in Santa Barbara, California.

/s/ Jeffrey Y. Choi

_____

Jeffrey Y. Choi

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b);
DECLARATION OF JEFFREY Y. CHOI**