# EXHIBIT 1

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 4/21/2020 9:07 AM
By: Christina Flores, Deputy

ANTHONY J PEREZ, ESQ. - SBN 298739
RYAN C. BLAKE, ESQ. - SBN 309700
**AVREK LAW FIRM**
2350 SE BRISTOL STREET
Newport Beach, CA 92660
Tel: (949) 313-3577
Fax: (949) 313-1432

Attorneys for Plaintiff, ANABEL CERVANTES

SUPERIOR COURT STATE OF CALIFORNIA

FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| ANABEL CERVANTES<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY ZESCH; J MILNER ENTERPRISES, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO:20CV001276<br><br>**COMPLAINT FOR DAMAGES** |

PLAINTIFF ALLEGES:

1. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 100, inclusive, and therefore sues said Defendants by such fictitious names pursuant to California *Code of Civil Procedure* Section 474. Plaintiff will amend the complaint to allege the true names and capacities of said Defendants when the same have been ascertained.

2. All corporations sued herein were doing business in the State of California at all times mentioned herein.

3. At all said times each Defendant was the agent of each other Defendant, and was acting within the course and scope of said agency.

4. At all said times mentioned herein, Defendants, and with the permission of each other Defendant, negligently conducted themselves, and did negligently own, lease,

operate, entrust, maintain, and repair a certain motor vehicle so as to cause the same to strike and injure Plaintiff on or about May 22, 2018, in the County of Monterey, State of California, legally causing Plaintiff to sustain injury and suffer general, special and property damages.

WHEREFORE PLAINTIFF PRAYS judgment against the Defendants, and each of them, for general, special and property damages as shall be proved at trial; costs of suit incurred herein; interest on the complaint, and for such further relief as the Court may deem equitable and proper.

**AVREK LAW FIRM**

DATED: 4-14-2020         By: _____

Attorneys for Plaintiff,
ANABEL CERVANTES